No. 75–183. COSON ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–228. WELLMAN INDUSTRIES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 75–234. SUN FIRST NATIONAL BANK OF ORLANDO ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–238. CALLAHAN v. SUPERINTENDENT OF EDUCATION OF LEAKE COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–240. MACDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–242. GEARHEART ET AL. v. FEDERAL RESERVE BANK OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–258. PARKER v. LORENZ, ACTING LIBRARIAN OF CONGRESS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–261. BACHRODT CHEVROLET CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 75–266. KRAMER, DBA HY KRAMER ENTERPRISES v. DURALITE CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–282. OLIVER v. WOODWARD, JUDGE. App. Ct. Ill., 2d Dist. Certiorari denied.